

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. Bradley J. Corwin

vs

Central Intelligence Agency

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 4:22-cv-12694
Assigned To : Kumar, Shalina D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 11/8/2022
Description: CMP BRADLEY CORWIN V CENTRAL
INTELLIGENCE AGENCY (SS)

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name _____ Bradley Corwin _____

Street Address _____ 355 Deer Lane _____

City and County _____ Oxford, Oakland _____

State and Zip Code _____ MI     48371 _____

Telephone Number _____ 2483036736 _____

E-mail Address _____ Corwinbradley@protonmain.com _____

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation.
For an individual defendant, include the person's job or title (if known).  Attach
additional pages if needed.

Defendant No. 1

Name _____ Central Intelligence Agency _____

Job or Title
(if known) _____ Operatives _____

Street Address _____ (CIA Headquarters)2430 E St NW _____

City and County _____ Washington D.C. _____

State and Zip Code _____ 20037 _____

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. 2

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address
(if known) _____

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*electronic Harassment, V2K, mind control technologies, Radio Frequency ID Tags, Brain Implants, Drug victim, Psychological war, Psycho-electric weapons.*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual
        The plaintiff, *(name)* _____,
        is a citizen of the State of *(name)* _____.

        b.    If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. *Or* is a citizen of *(foreign
        nation)* _____.

        b.    If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____, and
        has its principal place of business in the State of *(name)*
        _____. *Or* is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

non-lethal weapons

$450 Million— 100M will go to ~~District~~ U.S Courts to split amongst themselves

**III. Statement of Claim** $350M

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mind Control technologies started on Nov 17th 30th + the Psycho-electric weapons started Feb of 2021. V2K Devices are illegal + they have been harming my body since 2017. Full evidence will be provided in Court. Also known as V2K + Directed Energy Weapons.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensation from agents these weapons. Drug victim, non lethal weapon victim, mind-control victim. Plenty of evidence to pursue my case.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/7/22 , 20 22

Signature of Plaintiff       Bradley Corun

Printed Name of Plaintiff    Bradley Corum

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

CIA Logs will be Provided as well as
CIA Documents, etc.
.Gov + .Org documents + Logs

Message to the Office of Civil Liberties, Privacy and Transparencies– + Judge

     I want to say this first before I get the response "you waited too long to file your lawsuit". On November 30th, 2017- the mind control technologies started off by asking me every question they could possibly ask as if it was some kind of interrogation. The psychotronic weapons started around February of 2021. The mind weapons started in 2017 and the body weapons started in 2021. The reason I did not follow through with my lawsuit back in 2017 which I had planned is because they kept bouncing voices into my skull saying they were going to kill me. Since the psychotronic weapons started…they have threatened my life multiple times via telepathy. If I have to live with this the rest of my life– I will be getting some sort of compensation. I'm allowed to know everything regarding mind control and non lethal weapons– especially if they are using them on me!  I have been threatened by these people at least 5 times minimum since 2017. They are currently using weapons on me right now just for saying that and for typing this message. They have a way of deterring someone from doing things they don't want them to do– like filing this lawsuit finally.

     Some of the symptoms include making my face or anywhere on my body itch feeling like a bug had landed on me. They can send electrical shocks throughout my body, brain zaps (OW!), they can put sharp pains into my heart, my lungs, and other parts of my body.  Forced memory blanks, forced speech, muscle quaking, hot needle like sensations that are pretty painful (obviously), thought control, putting a smoke like smell directly in front of me (not sure how they do that), they can make my throat scratchy which makes a person cough, money manipulation, emotion cloning, etc. There are so many symptoms of these technologies and as you may already know… at least 75% of all the criminals in this world are either from drugs they put people on… while they sit there in the shadows making trillions of dollars over time– also from MKUltras organized criminals in which they are programmed for different purposes– altering people's thoughts and consciousness– completely changing the person they were born to be. Monarch Mind Control is another programming, That would be more for law enforcement and military mind control.

     Think of our system like a triangle– you have the 'Global Networks' at the top of the triangle while keeping everything from law enforcement and many other enforcement agencies. They have made trillions of dollars alone throughout the history of the drug war. (While putting people on the drugs they engineered)

     If I wouldn't have known about all of these technologies– I would have killed myself when they tried inducing suicide tendencies (don't worry, If I wouldn't have known that I was under this control… They can clone your emotions, moods, you name it. Lately they have been trying to make me angry by putting a permanent ringing of different pitch levels that I have no choice but to listen to. If I don't listen to their control– they start using their weapons on me even more. I think the people in the shadows forget that the law of karma works on every human– no matter what power or money level you are at– for both good actions and bad actions. Power, control and money go straight to some of these peoples' heads as if they may feel as if they are 'god-like'…but in reality they are VERY satan-like and very powerless. They traffic women, children, drugs, weapons and many other things as a day to day operation or the 'illicit trades'. (AKA Dark Alliances and Black Operations)

They have put so many people through a living hell including myself. I have already been through enough throughout my life…from being molested for 12 years starting at 5 or 6, traumatized at age 6 waking up next to my sister who had passed away, catching HIV when I first started using one of their famous drugs 'crystal meth'. 3 police misconduct cases, 4 unlawful terminations, 8 years on and off drugs in which THEY engineered.. Being almost killed 3 times throughout my past. I could also technically sue the Government for being one of their millions and millions of drug victims.. but what bothers me mostly would be these non lethal weapons from the time I wake up until the minute I go to sleep.

To conclude– I am suing in the amount of $450M (200M less than what I originally planned on suing for) – I plan on walking away with $350M. 100M will go to the district courts and judges to split amongst themselves– including my lawyer if I need one. Someone tried suing the Government for $650M for the same things but he did not have much evidence to prove his case, as I do. There is not a doubt in my mind that this case will be a fast win. I also plan on starting my own project which entails a very long well needed road trip around the entire country delivering approx $3,000 to many of our homeless families around the country. A chance for them to start over and revive themselves– get back on their feet, back to work and normal living. We will call this one…. 'Project Homeless'

Evidence that will be brought into court– CIA logs back to 1990, DARPA, CIA Documents, MKUltra files and all of subprojects, CIAs document 'Bloodlines of Illuminati', Eyes Wide Open by Fiona Barnett, Mind Weapon pdf document, Synthetic Telepathy, Mind Wars, Radio ID Frequency Tags Implanted in humans, brain implants, tactics and methods used to control people, Church of Scientology records, a document stating that the Government accidentally releases 'psychotronic weapons' and some of the symptoms it has on the body, voice to skull devices or "voice of god" weapons, satellite mind control, nanotechnology, bioagents, biotechnology, biological warfare, spiritual and psychological warfare, brainwashing tactics, brainwashing the masses, remote viewing, directed energy weapons, electromagnetic weapons, you name it.

I do however, promise under oath that all of the evidence I hold ….upon winning my case… will be deleted from my phone, my computer as well as all of the evidence I bring in to defend my case. I appreciate you for taking the time to read this as I'm sure there have been plenty of lawsuits regarding non lethal weapons since they became a thing…some lawsuits have lost and some have won– most hidden from the public which is fine. I am willing to keep this lawsuit quiet as long as I get the full compensation that I have asked for. I have the evidence– they have the proof. Plus, I'm sure the Government in the district courts would like some compensation too for all the lies that have been told throughout history.

Again– I appreciate you again for taking the time to read this complaint/pre lawsuit letter– I hope to hear from you very soon so I can get this lawsuit rolling. Have a great day!
Sincerely,
Bradley Joseph Corwin

PS- Somebody even edited my UFO videos I took on my phone! They tried editing this message as well as other messages I have sent in the past to our Government. I had to go into developer settings to trick them and turn off my network logs because they will do anything they can in their power to try and discredit a person.

Approved for Release: 2018/12/12 C06760269

Project MK-ULTRA - Intellipedia

' Doc ID: 6613524

w

# (U) Project MK-ULTRA

(b) (3) - P.L. 86-36

From Intellipedia

SECRET

>  (U) This page has not been edited since October 02, 2011. Please help with completing or updating the page if it has intelligence value.
>
> (U) See Intellipedia:Abandoned pages for more information about pages with this banner.
>
> (U) See the discussion page for more information about the status of this page.

Project MK-ULTRA, or MKULTRA, was the code name for a covert CIA mind-control and chemical interrogation research program, run by the Office of Scientific Intelligence. This official U.S. government program began in the early 1950s, continuing at least through the late 1960s, and it supposedly used United States citizens as unwitting test subjects.[1][2][3] The published evidence indicates that Project MK-ULTRA involved the surreptitious use of many types of drugs, as well as other methods, to manipulate individual mental states and to alter brain function.

Project MK-ULTRA was first brought to wide public attention in 1975 by the U.S. Congress, through investigations by the Church Committee, and by a presidential commission known as the Rockefeller Commission. Investigative efforts were hampered by the fact that CIA Director Richard Helms ordered all MK-ULTRA files destroyed in 1973; the Church Committee and Rockefeller Commission investigations relied on the sworn testimony of direct participants and on the relatively small number of documents that survived Helms' destruction order.[4]

Although the CIA insists that MK-ULTRA-type experiments have been abandoned, 14-year veteran Victor Marchetti has stated in various interviews that the CIA routinely conducts disinformation campaigns and that CIA mind control research continued. In a 1977 interview, Marchetti specifically called the CIA claim that MK-ULTRA was abandoned a "cover story."[5][6]

On the Senate floor in 1977, Senator Ted Kennedy said:

> The Deputy Director of the CIA revealed that over thirty universities and institutions were involved in an "extensive testing and experimentation" program which included covert drug tests on unwitting citizens "at all social levels, high and low, native Americans and foreign." Several of these tests involved the administration of LSD to "unwitting subjects in social situations." At least one death, that of Dr. Frank Olson, resulted from these activities. The Agency itself acknowledged that these tests made little scientific sense. The agents doing the monitoring were not qualified scientific observers.[7]

To this day most specific information regarding Project MKULTRA remains highly classified.[8]

See the Wikipedia article
*Project MKULTRA*

Cover sheet for MKULTRA proposal

## Contents

- 1 Title and origins
- 2 Goals
- 3 Budget
- 4 Experiments
  - 4.1 LSD
  - 4.2 Other drugs
  - 4.3 Hypnosis and Magic
  - 4.4 Canadian experiments
- 5 Revelation
- 6 U.S. General Accounting Office Report
- 7 Legal issues involving informed consent
- 8 Extent of participation
- 9 Notable subjects
- 10 Incidents
  - 10.1 Dr. Frank Olson Commits Suicide
- 11 See also
- 12 Web links
- 13 References

## Title and origins

The project's intentionally oblique CIA cryptonym is made up of the digraph *MK*, meaning that the project was sponsored by the agency's Technical Services

Approved for Release: 2018/12/12 C06760269

4/3/2018 8:13 AM

FOIA CASE LOG
January - March 2017

| Date | Case Number | Description |
|---|---|---|
| 18-Jan-17 | F-2017-00688 | 13 CREST DOCUMENTS |
| 18-Jan-17 | F-2017-00689 | CREST DOC |
| 18-Jan-17 | F-2017-00690 | SECOND RELEASE OF NAME FILES UNDER THE NAZI WAR CRIMES AND JAPANESE IMPERIAL GOVERNMENT DISCLOSURE ACTS, 1936-2002 |
| 18-Jan-17 | F-2017-00691 | CIA's AUTHORITY TO ACQUIRE OR COLLECT COMMUNICATIONS OR RELATED DATA PURSUANT TO SECTION 702 OR EXECUTIVE ORDER 12333 |
| 19-Jan-17 | F-2017-00692 | HAROLD AND VIRGINIA KNAPIK |
| 19-Jan-17 | F-2017-00693 | JOSEPH SCHMITT |
| 19-Jan-17 | F-2017-00694 | SATELITE BY THE NAME HERMES |
| 19-Jan-17 | F-2017-00695 | ROBERT SEBRIS, ALSO KNOWN AS ROBERTS SEBRIS |
| 19-Jan-17 | F-2017-00700 | INFO ON SELF |
| 19-Jan-17 | F-2017-00701 | REPUBLIC OF CONGO FROM THE YEAR 1958 THROUGH THE YEAR OF 1963 |
| 19-Jan-17 | F-2017-00703 | JOSE LUIS PELLEYA |
| 19-Jan-17 | F-2017-00704 | PETER BARANOWSKI |
| 20-Jan-17 | F-2017-00706 | ALFRED STRATTON MUELLER |
| 20-Jan-17 | F-2017-00707 | INFO ON SELF |
| 20-Jan-17 | F-2017-00708 | Carolyn G. Wishmyer and John Harmon Wishmyer |
| 20-Jan-17 | F-2017-00709 | SOVIET SPACE LOG FROM 18TH NOV 1963 |
| 20-Jan-17 | F-2017-00710 | INFO ON SELF |
| 20-Jan-17 | F-2017-00711 | LOUIS SCHNEIDE |
| 20-Jan-17 | F-2017-00712 | BOLIVIAN INTELLIGENCE RECORDS FROM 2000-2003 |
| 23-Jan-17 | F-2017-00713 | SCHEDULING, ORGANIZING, IMPLEMENTATION OR ANY OTHER DUTIES SURROUNDING THE VISIT BY PRESIDENT DONALD TRUMP TO THE CIA HEADQUARTERS ON JAN 21, 2017 |
| 23-Jan-17 | F-2017-00714 | CURRENT INVESTIGATION AND MIND CONTROL PROJECT MKULTRA INFORMATION |
| 23-Jan-17 | F-2017-00715 | PRESIDENT DONALD TRUMP'S VISIT TO CIA HEADQUARTERS ON SATURDAY JANUARY 21. |
| 23-Jan-17 | F-2017-00716 | ALL RECORDS OF THE TOP SECRET CONTINGENCY PLAN KNOWN AS MAJESTYTWELVE |
| 23-Jan-17 | F-2017-00717 | STRAIGHT INCORPORATED |
| 23-Jan-17 | F-2017-00718 | DATE RANGE 1943-2002, MILTON WILLIAM COOPER PROOF OF DEATH ARIZONA MILITIA FIGURE |
| 23-Jan-17 | F-2017-00719 | MUHAMMAD SAEED |

FOIA CASE LOG
January - March 2017

| Date | Case Number | Description |
|---|---|---|
| 23-Jan-17 | F-2017-00720 | CIA OR OTHER OFFICIAL AGENCIES DISCUSSING THE PROPRIETY OF USING THE CIA MEMORIAL WALL AS A BACKDROP FOR PRESIDENT TRUMP JANUARY 21, 2017 SPEECH AND ANY REQUESTS, DEMANDS OR DIRECTIVES BY OR ON BEHALF OF PRESIDENT TRUMP TO USE THE MEMORIAL WALL AS A BACK DROP |
| 23-Jan-17 | F-2017-00721 | ELLISON CAPERS SMITH, JR |
| 23-Jan-17 | F-2017-00722 | PROPER USE AND HANDLING OF CLASSIFIED INFORMATION GIVEN TO WHITE HOUSE STAFF ON 22 JANUARY 2017 |
| 23-Jan-17 | F-2017-00723 | COPY OF AERIAL PHOTO OF THE CITY OF SHOSTKA, UKRAINE. |
| 23-Jan-17 | F-2017-00724 | PLANNING, PREPARATION, ATTENDANCE AND ATTENDANCE LISTS AND INVITATIONS FOR THE PRESIDENT TRUMP VISIT TO THE CIA ON SAT, JAN. 21, 2017 |
| 23-Jan-17 | F-2017-00725 | WILLIAM S. BURROUGHS AN AMERICAN AUTHOR |
| 23-Jan-17 | F-2017-00726 | ANY INFORMATION ABOUT REQUESTER'S COMMENTS MADE ON CIA COMMENTS FORM REGARDING KIDNAPPING OF REQUESTER |
| 23-Jan-17 | F-2017-00727 | VIDEO OR AUDIO RECORDING OF PRESIDENT DONALD J. TRUMP'S REMARKS IN THE UNCLASSIFIED LOBBY OF THE CIA ON SATURDAY, JANUARY 21, 2017 |
| 23-Jan-17 | F-2017-00728 | THIEVES OF STATE |
| 24-Jan-17 | F-2017-00729 | MIND CONTROL AND PROJECT MKULTRA |
| 24-Jan-17 | F-2017-00730 | ANY INFORMATION INVOLVING SUREILLANCE, INVESTIGATIONS, PROBABLE CAUSE, MOBILE PHONE TRACKING, GPS TRACKING. |
| 24-Jan-17 | F-2017-00731 | Declassified testimony of Dr. Gottlieb before the Church Committee (SSCI) in 1975 |
| 24-Jan-17 | F-2017-00732 | Patria Mercedes Mirabal, Minerva Argentina Mirabal, and Antonia Maria Theresa Mirabel |
| 24-Jan-17 | F-2017-00733 | FLORIAN SCHNEIDER |
| 24-Jan-17 | F-2017-00737 | report titled A DARK MIDDLE EAST |
| 24-Jan-17 | F-2017-00738 | NEW RELEASED DOCUMENTATION IN 2017 TO DO WITH UFO'S |
| 24-Jan-17 | F-2017-00739 | RUSSIAN INVOLVEMENT IN THE 2016 PRESIDENTIAL ELECTION |
| 24-Jan-17 | F-2017-00740 | VISIT BY ALEXANDER BORTNIKOV TO THE CIA FOR MEETING WITH JOHN BRENNAN IN FEB 2015 & PHONE CALL FROM BRENNAN TO BORTNIKOV IN THE SUMMER OF 2016 |
| 24-Jan-17 | F-2017-00741 | NUMBER OF PEOPLE ATTENDING THE SPEECH GIVEN BY PRESIDENT TRUMP JAN 21, 2017 AT CIA HQ. HOW MANY CONTRACTORS AND HOW MANY CIA EMPLOYEES & SEATING LOCATIONS |
| 25-Jan-17 | F-2017-00742 | PRESIDENTIAL DAILY BRIEFS FROM 1970-1978 |
| 25-Jan-17 | F-2017-00743 | FRANK HAMILTON BOWLES |



Unclassified
1 Jan 04 - 12 Nov 04
Case Log

| 6-May-04 | F-2004-01290 | STUDY/EXPERIMENTS INVOLVING EXPOSING PRISONERS TO CHEMICALS AND GASES IN PRISON |
| 6-May-04 | F-2004-01291 | CARL DUCKETT'S 1974 CIA ESTIMATE OF ISRAEL'S NUCLEAR WEAPONRY; SUSPICION THAT NUCLEAR MATERIALS AND EQUIPMENT CORP DIVERTED ENRICHED URANIUM TO ISRAEL |
| 6-May-04 | F-2004-01292 | REPORT, MANUAL, OR DOCS RELATING TO "REMOTE VIEWING" AS APPLIED/USED BY CIA |
| 6-May-04 | F-2004-01293 | NAMES & LOCATIONS OF DEPT. MANGERS WHO REQUEST ASSET CHECKS, RESPOND TO LOAN DENIAL COMPLAINTS, & HANDLE DISCRIMINATION COMPLAINTS; HOW MANY BUSINESS BACKGROUND CHECKS DID THE DEPT. ORDER IN 2003, NAMES & LOCATION OF DEPT MANGERS |
| 6-May-04 | F-2004-01294 | 1) "AN ASSESSEMENT OF NAT. FOREIGN INTEL. SUPPORT TO US GOVT." 12/1976; 2) "ANALYSIS OF INTEL. ON MIDDLE EAST WAR 10/1973," 8/1974 |
| 6-May-04 | F-2004-01295 | Agreement with re: water service, ground water contamination |
| 7-May-04 | F-2004-01296 | DATE WHEN NAME CHECK WAS INITIATED AND COMPLETED FOR TIMUR SUTIN |
| 7-May-04 | F-2004-01297 | 1999 KARGIL CONFLICT BETWEEN INDIA AND PAKISTAN |
| 7-May-04 | F-2004-01298 | COL. EDWARD L. MEEKS |
| 7-May-04 | F-2004-01300 | PROJECT AQUATONE |
| 7-May-04 | F-2004-01301 | ALBAN E. LANDRY (DECEASED FATHER) |
| 7-May-04 | F-2004-01302 | CONCENTRATION CAMP IN ARZIGNANO, ITALY CALLED "INTEPINATI CIVILE DIGUERRA" |
| 11-May-04 | F-2004-01303 | ACTIVITIES WITH IRAQ AND GTMO PRISONS |
| 11-May-04 | F-2004-01304 | ALBERTO DE CACPAL, SR., AKA VICTORIANO BAYABAN |
| 11-May-04 | F-2004-01305 | THE PLUM ASSOCIATION, THE ASSOCIATION OF PLUM & THE ASSOCIATION OF THE PLUM OF 8 COUNTRIES |
| 11-May-04 | F-2004-01322 | VVAW VIETNAM VETERANS AGAINST THE WAR, A GROUP FORMED ABOUT 1967 |
| 11-May-04 | F-2004-01323 | TREATMENT OF DETAINEES/PRISONERS IN IRAQ, GUANTANAMO, & AFGHANISTAN; TECHNIQUES/MANUELS/INSTRUCTIONS FOR INTERROGATION |
| 11-May-04 | F-2004-01324 | 1950-1985 POSITIVE GROWTH OF SOVIET UNION & GROWING U.S.CONCERN TO RISE OF SOVIET UNION IN TERMS OF POLITICAL & MILITARY POWER |
| 12-May-04 | F-2004-01327 | ROBERT THOMAS RUDOLPH (DECEASED HUSBAND). Case cancelled due to lack of response by requester. 8/30/04 jb |
| 13-May-04 | F-2004-01328 | NIES FOR GRENADA BETWEEN 1978-1985; BIOGRAPHIC DESCRIPTIONS OF MAURICE BISHOP; USG POLICY TOWARDS GRENADA |
| 13-May-04 | F-2004-01329 | MIND CONTROL/MKULTRA CD |
| 13-May-04 | F-2004-01330 | ABBIE (ABBOTT) H. HOFFMAN |



Unclassified
1 Jan 04 - 12 Nov 04
Case Log

| 16-Mar-04 | F-2004-00982 | 1/23/1991 KLLINGS OF 7 PEOPLE IN LAS PALMERAS, COLOMBIA |
| 16-Mar-04 | F-2004-00984 | STATUS OF SOVIET ATOMIC ENERGY PROG., 7/4/1950, CIA/SCI-2/50. |
| 16-Mar-04 | F-2004-00985 | 1993 PERUVIAN DRUG CASE CALLED "CASO HAYDUK" OR "HAYDUK CASE" |
| 17-Mar-04 | F-2004-00986 | JACOB TAUBES |
| 17-Mar-04 | F-2004-00987 | CURTIS CHARLES FLOOD |
| 17-Mar-04 | F-2004-00988 | COPY OFREPORT ORDERED BY PUBLIC LAW # 108-137, SEC. 1033 2/2/2004, CONCERNING THE NUMBER OF RUSSIAN STRATEGIC WARHEADS DISMANTLED UNDER THE STRATEGIC OFFENSIVE REDUCTION TREATY |
| 17-Mar-04 | F-2004-00989 | WHEREABOUTS OF MISSING HUSBAND MR. ISAGANI IRVIN JANSSEN PANGILINAN REDONDO |
| 17-Mar-04 | F-2004-00990 | GROOM LAKE A.K.A AREA 51 |
| 17-Mar-04 | F-2004-00991 | MIND CONTROL AND BRAINWASHING AND OTHER TACTICS USED TO CONTROL PEOPLE |
| 17-Mar-04 | F-2004-00992 | CAPTAIN MICHAEL LEPAI (DECEASED UNCLE) |
| 17-Mar-04 | F-2004-00993 | JOSEPH DIMARZO (FATHER) |
| 17-Mar-04 | F-2004-00994 | MILITARY ASSISTANCE PROVIDED BY PAKISTAN TO TALIBAN FROM 1/1/1999-10/1/2001 |
| 18-Mar-04 | F-2004-00995 | 3 VOL. SET OF MKULTRA & BLUEBIRD/ARTICHOKE RECORDS |
| 18-Mar-04 | F-2004-00996 | REPORTS REGARDING AMERCIAN INTELLIGENCE STATION IN AUSTRIA OR VIENNA IN 1946 |
| 18-Mar-04 | F-2004-00999 | 1963 MANUEL ABOUT RHIC-EDOM AND REPORTS OF SUDDEN CHANGES IN PSYCHO. STATE OF GROUP CALLED WAVIES |
| 18-Mar-04 | F-2004-01000 | MARILYN MONROE |
| 18-Mar-04 | F-2004-01001 | PSYCHIC DRIVING |
| 18-Mar-04 | F-2004-01002 | REMOTE VIEWING; PROJ. GRILL FLAME; SCANATE; PROJ. BLUEBIRD; PROJ. LANDBROKER; PROJ. ARROWSHOP |
| 18-Mar-04 | F-2004-01003 | PROJECT SLEEPING BEAUTY |
| 18-Mar-04 | F-2004-01004 | GROUP ARRESTED IN TALLAHASSEE, FLORIDA IN 80'S CALLED THE FINDERS |
| 18-Mar-04 | F-2004-01005 | CONGRESSMAN LARRY MCDONALD'S AIRPLANE CRASH |
| 18-Mar-04 | F-2004-01006 | COL. MICHAEL AQUINO AND THE TEMPLE OF SET |
| 18-Mar-04 | F-2004-01007 | PROJECT PANDORA & OPERATION PIQUE IN 1978 |
| 18-Mar-04 | F-2004-01009 | MARY PINCHOT MEYER |
| 18-Mar-04 | F-2004-01010 | REQUESTING OLD ELECTRONIC INFO ON 8 CANADIAN RELATIVES FROM JAN. 1999 |
| 19-Mar-04 | F-2004-01011 | DIRECTOR GEORGE TENET |
| 19-Mar-04 | F-2004-01012 | NATIONAL SECURITY AGENCY; CRYPTOLOGIC; BERLIN TUNNEL |
| 19-Mar-04 | F-2004-01013 | 750 PAGES OF NOTES/FILES REGARDING POLISH COLONEL KUKLINSKI |

| Date | Case Number | Description |
|---|---|---|
| 1/10/2018 | F-2018-00659 | RECORDS PERTAINING TO THE UNLAWFUL ACTS COMMITTED BY THE U.S. DOD (POW/MIA DEPT ACCOUNTING AGENCY) WHEREBY FALSE TARMAC CEREMONIES THEAT TOOK PLACE AT JOINT BASE PEARL HARBOR- HICKAM FIELD, HAWAII FRO |
| 1/10/2018 | F-2018-00660 | LIST OF REQUESTED FORMS |
| 1/10/2018 | F-2018-00661 | LIST OF REQUESTED FORMS |
| 1/10/2018 | F-2018-00662 | STATE OF GEORGIA ACTOF 1776, NASA SECRETE SPACE PROGRAM OPS, 18 VARIOUS SUB REQUESTS |
| 1/11/2018 | F-2018-00663 | SOVIET SHIPS AND SUBMARINES SENT INTO THE SEA OF JAPAN AFTER NAVAL OPERATION FORMATION STAR IN JANUARY - MARCH 1968 |
| 1/11/2018 | F-2018-00665 | 29 IG INVESTIGATIONS OF MISCONDUCT INVOLVING DETAINEES AS DESCRIBED IN THE 9/1/14 "NOTE TO THE READER" |
| 1/11/2018 | F-2018-00667 | CIA CORNERSTONE BOX |
| 1/11/2018 | F-2018-00668 | SECOND CIA CORNERSTONE BOX |
| 1/11/2018 | F-2018-00669 | CASE-BY-CASE LISTING OF ALL FOIA REQUESTS RECEIVED BY THE FOIA OFFICE FROM OCT 1, 2012 - DECEMBER 2017 |
| 1/12/2018 | F-2018-00671 | RECORDS PERTAINING TO CIA IG FILES |
| 1/12/2018 | F-2018-00672 | CHANGES IN APPLICATIONS FOR EMPLOYMENT AT THE CIA 2000-2018 |
| 1/12/2018 | F-2018-00673 | ALL RECORDS REGARDING THE RECRUTMENT OF MINORITY APPLICANTS BY THE CIA BETWEEN TUESDAY 8, 2016 TO 1/12/18 |
| 1/12/2018 | F-2018-00674 | MEMOS PRODUCED BY THE CIA RECRUITMENT CENTER DURING THE CALENDAR YEAR 2000 - 2017 REGARDING THE NUMBER OF EMPLOYMENT APPLICATIONS. |
| 1/12/2018 | F-2018-00675 | GERHARD LUDWIG FLATOW |
| 1/12/2018 | F-2018-00676 | RADIO FREQUENCY ID TAGS INPLANTED IN HUMANS |
| 1/12/2018 | F-2018-00677 | INFO ON SELF |
| 1/12/2018 | F-2018-00678 | QUARTERLY/SEMIANNUAL REPORTS IMPLEMENTING 9/11 COMMISSION ACT |
| 1/16/2018 | F-2018-00687 | ALL RECORDS PERTAINING TO CASE # F-2017-00581 AND APPEAL |
| 1/16/2018 | F-2018-00688 | CIA CONGRESSIONAL CORRESPONDENCE LOGS BETWEEN JAN 1, 2007 & JAN 16, 2018 |
| 1/16/2018 | F-2018-00689 | ANTONIO DOMINGO VALDEZ III |
| 1/16/2018 | F-2018-00690 | FILES GENERATED BY THE CIA SINCE 1994 ABUT THE CASE OF "THE CHUPACABRAS" |
| 1/16/2018 | F-2018-00691 | FORMER CIA EMPLOYEE THOMAS WILLIAM LAMB |
| 1/16/2018 | F-2018-00693 | CIA DISPOSITION OF GATHERED INTELLIGENCE ABOUT THE SOFT COUP SERGEI LAVROV PERFORMED ON IGOR IVANOV TO GAIN CONTROL OR POWER OF THE RUSSIAN FORIEGN MINISTRY POSITION |
| 1/17/2018 | F-2018-00694 | JAMES CARTWRIGHT SALMON |
| 1/17/2018 | F-2018-00696 | STONE JAR FROM LAOS |



| Date | Case No. | Description |
|---|---|---|
| 3-Feb-04 | F-2004-00746 | LIST OF 33 DOCS |
| 3-Feb-04 | F-2004-00747 | THE SECOND (JAN. 2004) KERR REPORT ON U.S. INTEL. PERFORMANCE CONCERNING IRAQ |
| 3-Feb-04 | F-2004-00748 | CORRESPONDENCE TO/FROM SEN. JOHN KERRY FROM 1/1/1985 TO PRESENT |
| 3-Feb-04 | F-2004-00749 | JAMES HARRY SPECKMAN |
| 3-Feb-04 | F-2004-00750 | INFO ON THE CIA |
| 4-Feb-04 | F-2004-00752 | LUCY HERNDON CROCKETT |
| 4-Feb-04 | F-2004-00753 | RELATIONSHIP BETWEEN THE CIA & ISAIAS ALEJANDRO IGLESIAS PONS |
| 5-Feb-04 | F-2004-00754 | CONTRACT EMPLOYMENT OF WILLIAM CARLSON AND CHRISTOPHER GLENN MUELLER. |
| 6-Feb-04 | F-2004-00755 | JOHN STANISLAUS KONOZA (DECEASED FATHER) |
| 6-Feb-04 | F-2004-00756 | MASSACRE OF 15 PEOPLE IN SEGOVIA, ANTIQUIA, COLOMBIA, ON 4/22/1996. |
| 6-Feb-04 | F-2004-00758 | INFO ON THE COUNTRIES OF SUDAN, LIBERIA, & AWANDA |
| 10-Feb-04 | F-2004-00759 | NEWCASTLE DISEASE AND OPERATION MONGOOSE |
| 10-Feb-04 | F-2004-00760 | FOUR INFORMATION REPORTS – FOR REREVIEW |
| 10-Feb-04 | F-2004-00761 | MARCH 2003 MEETING IN VIENNA OF UN AND ONDCP OFFICIALS |
| 10-Feb-04 | F-2004-00762 | CANNABIS IN CANADA OR CROSSING THE BORDER INTO THE U.S.; CANADIAN POT |
| 11-Feb-04 | F-2004-00763 | CONTACT INFORMATION FOR THE CENTRAL INTELLIGENCE AGENCIES PUBLIC AFFAIRS OFFICE. |
| 11-Feb-04 | F-2004-00764 | INDONESIA 1962-1964; BEIRUT, LEBANON 1966-7/1967 |
| 11-Feb-04 | F-2004-00765 | PROJECTS FUNDED BY CIA AND CARRIED OUT BY BIODYNAMICS CORPORATION IN 1964-1966. |
| 11-Feb-04 | F-2004-00766 | EARLY WARNING THAT PRES. CLINTON AND BUSH HAD ON THE PLANNING AND THE RESULTING TERRORIST ACTIVITYON THE WORLD TRADE TOWERS ON 9-11. |
| 11-Feb-04 | F-2004-00767 | TOMMY B. "TOMMY" CORMACK |
| 11-Feb-04 | F-2004-00768 | ROBERTO SURO |
| 11-Feb-04 | F-2004-00769 | WALTER PINCUS |
| 11-Feb-04 | F-2004-00770 | M.K. PROJECT (BRAINWASHING/MIND CONTROL) |
| 11-Feb-04 | F-2004-00775 | INTERNATIONAL SALE OF WEAPONS FOR IRAN'S ARMED FORCES FROM 1980-1984 |
| 11-Feb-04 | F-2004-00777 | MKULTRA & BLUEBIRD/ARTICHOKE CDS |
| 11-Feb-04 | F-2004-00778 | RESIGNATION OF COLOMBIAN DEFENSE MINISTER MARTA LUCIA RAMIREZ ON 11/9/03 |
| 11-Feb-04 | F-2004-00779 | CIA'S FLAPS AND SEALS MANUAL |
| 11-Feb-04 | F-2004-00781 | ALL INDEXES AND FINDING AIDS FOR THE OFFICIALLY RELEASED INFORMATION SYSTEM (ORIS). |



Unclassified
1 Jan 04 - 12 Nov 04
Case Log

| 29-Apr-04 | F-2004-01231 | CIA'S INVOLVEMENT WITH PROJECTS; MK-NAOMI, MK-ULTRA AND MK-DELTA |
| 29-Apr-04 | F-2004-01232 | 3 VOL. CD SET OF MKULTRA & BLUEBIRD/ARTICHOKE RECORDS & SHAREWARE VIEWER |
| 29-Apr-04 | F-2004-01233 | SIERRA LEONE DIAMOND SMUGGLING BY REBEL MILITIAS |
| 29-Apr-04 | F-2004-01234 | EMPLOYMENT, CONTRACTING, TRAINING, OR CONTACTS WITH SADDAM HUSSEIN AS A YOUNG MAN |
| 30-Apr-04 | F-2004-01235 | TAUZELLA MCGEORGE (MOTHER), LUCILLE MCGEORGE (GRANDMOTHER), REV. JOHN ALFRED BELLE SR. (FATHER) |
| 30-Apr-04 | F-2004-01239 | ALL DOCS PERTAINING TO CASE # F-2003-00028 |
| 30-Apr-04 | F-2004-01240 | CONTACTS/PAYMENTS BETWEEN CHARLES TAYLOR AND CIA OFFICICALS BETWEEN 1984-2002 |
| 30-Apr-04 | F-2004-01241 | FRIDA GERTRUD GRAFE MOODY (DECEASED GRANDMOTHER) |
| 30-Apr-04 | F-2004-01242 | PETER DEUTSCH; ELIZABETH (BETTY) CASTOR; ALEXANDER (ALEX) PENELAS |
| 30-Apr-04 | F-2004-01243 | 3 DOCS - IAC-D-80/6 SEC 3-57, IAC-D-57/75, & IAC-D-100/38 |
| 30-Apr-04 | F-2004-01244 | REPORTS PRODUCED BY DCI'S NUCLEAR INTEL. PANEL FROM 1979-1981 ABOUT DETONATION OF NUCLEAR DEVICE ON 9/22/1979 |
| 30-Apr-04 | F-2004-01245 | EL REFUGIO DETENTION CENTER IN MENDOZA PROVINCE ARGENTINA 1975-1983 |
| 30-Apr-04 | F-2004-01246 | SABRI AL-BANNA A.K.A. ABU NIDAL |
| 30-Apr-04 | F-2004-01247 | ANY U.S. SUPPORT GIVEN TO HISSNE HABRE & HIS GOVT IN CHAD FROM 1980-1990 |
| 5-May-04 | F-2004-01248 | BISHOP JAMES STEVEN RAUSCH, CARDINAL JOSEPH L. BERNARDIN, PAUL CASIMIR MARCINKUS |
| 6-May-04 | F-2004-01282 | EL VESUBIO DETENTION CENTER IN BUENOS AIRES PROVINCE ARGENTINA FROM 1975-1983 |
| 6-May-04 | F-2004-01283 | 11/20/1979 GRAND MOSQUE SEIZURE IN MECCA |
| 6-May-04 | F-2004-01284 | INVESTIGATION OF THE WAY INTERNATIONAL, INC., & CURRENT/FORMER DIRECTORS: VICTOR PAUL WERWILLE, L. CRAIG MARTINDALE, AND ROSALIE RIVENBARK. |
| 6-May-04 | F-2004-01285 | LIST OF ALL FIREARMS & DESTRUCTIVE DIVICES POSSESSED WITHIN THE CONTROL OF THE AGENCY |
| 6-May-04 | F-2004-01286 | ANTONIA DEINDE FERNANDEZ, A.K.A ANTONIA OLADEINDE FERNANDEZ, ANTONIO EDUARDO ALBERTO FERNANDEZ, & ANTHONY OLADEINDE FERNANDEZ |
| 6-May-04 | F-2004-01287 | CIA AGENT HANS V. TOFTE, OF DANISH ORIGIN |
| 6-May-04 | F-2004-01288 | PROJECT NAOMI OR NAOMI (MIND CONTROL); ALSO A SUBSTANCE CALLED "BURUNDANGA" |
| 6-May-04 | F-2004-01289 | AGENCY'S INVOLVEMENT WITH PROJECTS; MK-NAOMI, MK-ULTRA, AND MK-DELTA |

Page 16



Unclassified
1 Jan 04 - 12 Nov 04
Case Log

| Date | Case Number | Description |
|---|---|---|
| 20-May-04 | F-2004-01408 | YAMASHITA'S GOLD; GOLDEN LILY OPERATION & ASSETS; BLACK EAGLE TRUST FUND; YUTSUYA FUND; M-FUND; SANTA ROMANO |
| 20-May-04 | F-2004-01409 | ALL IMPAC CREDIT CARD HOLDERS, (WITHOUT NAMES) |
| 20-May-04 | F-2004-01411 | GENERAL SIYAAD BARRE OF SOMALIA |
| 20-May-04 | F-2004-01412 | LIST OF 5 SUBJECTS |
| 20-May-04 | F-2004-01413 | MALCOM P. MCLEAN |
| 20-May-04 | F-2004-01414 | MKULTRA, MKSEARCH, MKNEVER, OPERATION PAPERCLIP, PROJ. MONARCH, BLUEBIRD, MKNAOMI, MKOFTEN, SIGN, GRUDGE, UFO & EBE INFO. |
| 20-May-04 | F-2004-01415 | RUSSIAN NUCLEAR SUBMARINE THAT SANK OFF THE U.S. EAST COAST W/APP. 16 NUCLEAR MISSILES ABOARD |
| 20-May-04 | F-2004-01416 | LIST OF 21 REQUESTS |
| 20-May-04 | F-2004-01417 | ADVICE/RECOMMENDATIONS FROM MICROSOFT TO CIA REGARDING HOMELAND SECURITY, TERRORISM, COMPUTER VIRUSES, COMPUTER SECURITY MEASURES OR COMPUTER SURVEILLANCE |
| 21-May-04 | F-2004-01419 | LIST OF 5 DIFFERENT SUBJECTS |
| 21-May-04 | F-2004-01422 | FARID CHAR ABDALA, JABIB CHAR ABDALA, FAUD CHAR ABDALA |
| 21-May-04 | F-2004-01423 | 8/15/2000 KILLING OF 6 SCHOOL CHILDREN IN MUNICIPALITY OF PUEBLO RICO, ANTIOQUIA, COLOMBIA BY COLOMBIAN MILITARY IN COLOMBIA |
| 21-May-04 | F-2004-01424 | 1/9/1999 MASSACRE OF 27 CIVILIANS IN PLAYON DE OROZCO, MAGDALENA, COLOMBIA |
| 21-May-04 | F-2004-01425 | ALL CONTACT IN CONNECTION WITH ANY ASPECT OF PRISONS OR OTHER CUSTODAIL INST. IN IRAQ |
| 21-May-04 | F-2004-01426 | DOCUMENTS SEIZED IN 1994 FROM FROM HAITI'S PARAMILITARY "FRAPH"; CORRESPONDENCE BETWEEN US & HAITI REGARDING THE DOCUMENTS |
| 21-May-04 | F-2004-01427 | OSWR STUDIES OF LIBYAN NUCLEAR PROGRAM |
| 21-May-04 | F-2004-01429 | 3 VOL. CD SET OF MKULTRA AND BLUEBIRD/ARTICHOKE RECORDS & SHAREWARE VIEWER |
| 25-May-04 | F-2004-01430 | LIST OF 11 DIFFERENT SUBJECTS |
| 25-May-04 | F-2004-01431 | 1/1993 KIDNAPPING OF 3 MISSIONARIES FROM PANAMA & 1/1994 KIDNAPPING OF 2 MISSIONARIES FROM COLOMBIA |
| 25-May-04 | F-2004-01432 | ABRAHAM AGUSTIN MARTINEZ (DECEASED FATHER) |
| 25-May-04 | F-2004-01436 | OLD STATE SECURITY SERVICE FILES OF THE GERMAN DEMOCRATIC REPUBLIC |
| 25-May-04 | F-2004-01437 | GLEN FRANCIS BROWN (FATHER) |




Go to CIA.gov

**FOIA**   Submit Request    Fee Schedule    FAQs    Reading Room    About        Search 🔍

Freedom of
Information Act
Electronic Reading
Room

Browse the Collections | Advanced Search | Search Help

Requester Portal

Historical Collections

Search Query for FOIA ERR:

[                                                                    ]

[ Search ]

## MK-ULTRA/MIND CONTROL EXPERIMENTS

**Document Type:** CRPST

**Collection:** General CIA Records

**Document Number (FOIA) /ESDN (CREST):** CIA-RDP88-01070R000301530003-5

**Release Decision:** RIFPUB

**Original Classification:** K

**Document Page Count:** 7

**Document Creation Date:** December 22, 2016

**Document Release Date:** January 8, 2010

**Sequence Number 3**

**Case Number:**

**Publication Date:** December 23, 1984

**Content Type:** OPEN SOURCE

**File:** Attachment Size 📄 CIA-RDP88-01070R000301530003-5.pdf 332.06 KB Body: Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 RADIO K REPORTS, INC. 4701 WILLARD AVENUE, CHEVY CHASE, MARYLAND 20815 (301) 656-4068 FOR PUBLIC AFFAIRS STAFF PROGRAM 60 Minutes STATION W D V H- T V CBS Network DATE December 23, 1984 7:00 P.M. CITY Washington, D.C. SUBJECT MK-ULTRA/Mind Control Experiments ED BRADLEY: NK-ULTRA is not the name of a new James Bond movie. It is, or was the code word for a secret CIA project which took place between 1953 and 1964 in which unsuspecting people were used in mind-control experiments that left them emotionally crippled for life. MK-ULTRA consisted of more than 130 research programs which took place in prisons, hospitals and universities all over the United States. Tonight we'll look at autoproject number 68, an experiment conducted in Canada. The CIA does not deny that the experiments took place. In fact, we'll show you an internal agency memo which admits their involvement. The rationale for all of this? Well, the memo doesn't say. But it's apparent that learning how to make people do things they normally wouldn't do by controlling their minds is valuable if you're in the espionage business. Dr. Ewen Cameron, an American, now dead, headed the Allen Memorial Institute at the McGill University in Montreal, Canada, where the experiments took place. Dr. Cameron never told his patients they were being used as guinea pigs. ZAL ORLICO: I can't get over the rage that I feel that he would have done this to me and to other people [unintel- ligible]. BRADLEY: In 1957 Zal Orlico (?) was suffering from depression. It was recommended that she see Dr. Cameron, who was one of the leading psychiatrists in Canada. Her treatment from Dr. Cameron? Massive doses of lysergic acid diethalamide, a new experimental mind-altering drug called LSD. It destroyed her Materialsupple Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 'd or exhibited. Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 ORLICO: They took away the remaining years of my life. They really wrong them out and left me with a piece of rag to live. And that's not good enough. That's just not good enough. And it's not good enough for me and it's not good enough for anybody else. And as long as I can open my mouth, as long as I can fight, I'm going to fight. BRADLEY: Mrs. Orlico decided to fight when she read a newspaper report about the CIA funding of the mind-control experiments and suspected that she was one of the victims. Her husband, David Orlico, a Member of Canada's Parlia- ment, was able to help her find eight other people who had been used as guinea pigs by Dr. Cameron when he was receiving funds through a front organization from the CIA. After obtaining their medical records, which confirmed their involvement, they joined in a suit against the U.S. Government, each asking for a million dollars. Each of the plaintiffs came here to the Allen Memorial Institute in Montreal expecting therapy. Instead, what they got was a nightmare of experiments. There were electroshock treat- ments, many three greater than the norm. They were subjected to sleep therapy, long periods, often up to 60 days, during which they were drugged so much that the better part of each day was spent sleeping. During these periods, they were subjected to what's called psychic driving, the constant repetition of tape-recorded messages, often up to a half-million times. They were also injected with drugs: curare, which brought on temporary paralysis; and LSD, which led to terrifying hallucinations. ORLICO: He injected the lysergic acid into the vein, then he pushed me on the shoulder and said, "Now, there, Lassie, lassie, we'll see you later." And he went out and closed the door. Well, it was only a very few minutes before I began to feel very peculiar and things began to become very distorted. And I didn't seem to have any control over anything, and I started to feel very frightened, and the fright became a terror, and I sort of began throwing myself from one side of the room to the other. I don't know what to do to stop this feeling. It felt like my bones were melting. I just didn't know what I was anymore. BRADLEY: Robert Logey (?) was 18 years old when he came to the Allen Memorial Institute with severe leg pains that had Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 been diagnosed as psychosomatic, or caused by emotional problems. He got the full battery of treatment: sleep therapy, electro- shock, many times the norm, psychic driving, and LSD. All of that has left permanent mental scars. And what haunts Logey the most is the psychic driving, those messages drilled into his brain when he was virtually paralyzed with drugs. ROBERT LOGEY: I have a lot of questions about it now, and why can't I know what was on the tapes? And it just haunts me and haunts me. You know, what were they trying to make me believe, or whatever? BRADLEY: Dr. Mary Morrow (?) was a physician who came to Dr. Cameron to ask for a fellowship in psychiatry. She had gone through a period of depression. And Dr. Cameron told her she looked tired and nervous, and he would not consider her for a fellowship unless she underwent sleep therapy. She thought that meant a period of rest with sedatives administered periodically. So she consented. What she got was electroshock deprogramming. DR. MARY MORROW: He used 67 times the average dose of electric current by pushing the button of the electroshock machine six times in succession rather than one. And besides that, instead of getting it two or three times a week once, one preset of a button, like most physicians do, he gave it in daily successions. BRADLEY: The result? Dr. Morrow lost her identity. DR. MORROW: I was suspended in space in a deep black hole. I had no idea that I was a human being. I was without knowledge of my appendages. I had no sense of solidity. I was ,floating. I had no — I was completely disoriented. I thought I was an organism. BRADLEY: Dr. Morrow's mother saw what was happening to her daughter and demanded that she be released from the Allen Institute. When she regained what she calls her human identity, Dr. Morrow realized that her treatment had nothing to do with healing. In fact, she had suffered permanent brain damage. DR. MORROW: [Unintelligible], absolutely gone. [Confusion of voices] DR. MORROW: In a nutshell, my life today is in a [unintelligible] shadow. I'm left with a permanent difficulty which is called [unintelligible]. I could talk to you and — you know, somewhere [unintelligible]. If I meet you tomorrow in a changed environment, I don't know you're Mr. Bradley. If I meet you in [unintelligible] in a Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 local supermarket or on the water, I won't know you from Adam. BRADLEY: Dr. Elliot Emanuel (?) was a junior associate under Dr. Cameron. Although he was not part of the brainwashing experiments, he defends Dr. Cameron and raises questions about his patients. DR. ELLIOT EMANUEL: There you have to bear in mind that these were mentally ill patterns. I insist on that. They weren't there because they — for any other reason, to my knowledge. They were mentally ill patients, and their perception or their recall 30 years later of the events may not be perfect. BRADLEY: Memories may not be perfect after 30 years, but there is no doubt about the experiments conducted by Dr. Cameron and funded by the CIA. This internal agency memo from the CIA's General Counsel refers to the substantial funds flowing from the agency to McGill in support of the project, and it goes on to say that the use of drugs, and particularly intensive electroshock, suggests that long-term aftereffects may have been involved. Are you not at all disturbed about what he did in using human beings? DR. EMANUEL: In the context of the time, which explained what happened at the hospital during the time of the CIA-funded experiments. Why? He father had entered Dr. Cameron's care with a mild neurotic condition, and came out several years later with physical brain damage and a complete change of personality. DR. HARVEY WEINSTEIN: What Dr. Cameron seemed to do was to take these and to use them not only on people who were severely ill -- and he did do that -- but to use it on people who were mildly ill, people with neurotic conditions, people for whom these kinds of treatments simply were not indicated at all. Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 And when someone says to me that what was being done there was the standard of the time, I balk, I balk, because it was not the standard of the time. No one anywhere was putting them together in this kind of package. BRADLEY: But they were sick, many of these people. DR. WEINSTEIN: The fact that some people were neurotic -- that is, did not have conditions that were a major disturbance -- does not mean that they weren't people who were rational and capable of thinking and remembering, until this work was done. BRADLEY: From 1957 to 1960, Richard Helms and his associate Sidney Gottlieb were responsible for the CIA's MK- ULTRA. In 1973, just before he left the agency, Helms and Gottlieb, in clear relation of government regulations, set out to destroy all of the records of MK-ULTRA. But they over- looked a few financial documents which showed that the CIA, through a front organization, had spent at least $60,000 on the brainwashing experiments. And because of the destroyed records, no one can say how much more was spent. Both men declined our request for an interview. A Senate subcommittee investigation into the CIA brainwashing experiments led to a recommendation that the CIA find and compensate the victims, a recommendation that was accepted by then-CIA Director Stansfield Turner. But to this date, none of the victims in the case have received compen- sation, or even an explanation of what happened. Joseph Rauh is the lawyer for the Canadian plaintiffs. JOSEPH RAUH: You know, it's wonderful thing that in a CIA says. They say, "Well, we only put up part of the money." But can you imagine saying, "I only gave half the money for shooting somebody? Well, you know how long it would take to make that defense ridiculous. That is exactly the defense that the CIA has. BRADLEY: Rauh says his evidence tying the CIA to the brainwashing experiments will help his clients only in a court of law. And he says the agency has effectively pulled their day in court. RAUH: They'd never put up anything or give you any material voluntarily. You've got to go to the judge, and then they've always got rights to appeal. They're masters at stone- walling. BRADLEY: Canadian officials have stated publicly that Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 the United States Government has expressed its regret over the CIA's actions in this matter. However, none of those Canadian officials would talk with us on camera about this case. And what's more, they have turned down all requests, even from Members of Parliament, to make public the records of that apology, records that would help the nine Canadians plaintiffs in their suit against the CIA. These officials say that inter- national practices and customs preclude the disclosure of information that was given in confidence. The plaintiffs in this suit against the CIA were permanently damaged by the brainwashing experiments. Most of them were even unable to talk with us. You have met the most fortunate among the nine. After decades of trying, Dr. Morrow, at the age of 60, was finally able to gain her psychiatric credentials. She works at a small hospital in Ontario. BRADLEY: How has what happened to you under Dr. Cameron affected your life? BRADLEY: Why? DR. MORROW: [Unintelligible]. I'm 61 (?) and I've been 24 years on this case. My life, in my entire [unintel- ligible]. BRADLEY: Robert Logey finally had an opportunity to examine his medical records, he learned that after the electroshocks, LSD and psychic driving, doctors decided his leg pain was not psychosomatic at all. A few shots of cortisone ended the pain in his leg. LOGEY: Physically, there's places you can go and have counseling and support groups, and whatnot. But when you're mentally raped, there's nothing. And I don't trust any psychia- trist who might be able to help me. I couldn't trust one enough to get the help that I need now. BRADLEY: Mr. Orlico suffers from flashbacks, from depression, fear of crowds and fear of heights. Finally knowing what really ruined her health is her only consolation. Until you found out about the experiments, until you found out that you were brainwashed, what did you think of all of that happened? ORLICO: I thought I had failed. I thought I had failed Approved For Release 2010/01/08: CIA-RDP88-01070R000301530003-5 Approved For Release 2010/01/08: CIA- RDP88-01070R000301530003-5 and I am guilty of being like this because I filed at something I shouldn't have failed at, and David and Leslie have to put up with me, and I am guilty. Well, when I read about it in the paper, the one thing that lessened considerably was the guilt. I didn't feel so guilty anymore. I felt it wasn't all my fault. Thank God, it's not all my fault. Because, you

Military > Weapons

# Government Accidentally Releases Documents on "Psycho-Electric" Weapons

### They were mistakenly sent to a journalist.



BY DAVID GROSSMAN    PUBLISHED: APR 19, 2018



**PSYCHO-ELECTRONIC WEAPON EFFECTS**

Nexus Magazine

## Directed Energy Weapon / Targeted Individual Patents

| Patent No. | Freq | Wave Type | Symptom location | Filing Date | Publication Date | Original Assignee | Inventor / Owner | Description |
|---|---|---|---|---|---|---|---|---|
| US 6091994 A | 100, 110, 210 MHz | | M | 31-Aug-98 | 18-Jul-00 | Hendricus G. Loos | | Pulsative Manipulation of Central Nervous System |
| US 6488617 B1 | 1-8hz | | M | 13-Oct-00 | 3-Dec-02 | Bruce F. Katz | | Pulsative Manipulation Method and Device for Producing a Desired Brain State via magnetic waves |
| US 5629678 B2 | "ROKE" and radar | | | 15-Dec-00 | 8-Dec-09 | Kenneth W. B. Raytheon Company | | Weapon with Integrated Targeting system to locate targets. Damages/disrupts electronics, biological entities, and physical structures. |
| US 6470214 B1 | 3,500 Hz (probably) | | VZK | 13-Dec-96 | 22-Oct-02 | James F. O'Lo, United States Air Force | | Remotely transmits subjective sound into target consciousness. ("Voice to Skull") |
| US 3951134 A | | | VZK | 5-Aug-74 | 20-Apr-76 | Robert G. Malech | | Incorporates Alien information to be remotely conveyed to subject via electromagnetic waves. |
| US 4395600 | | | MK | 26-Nov-80 | 26-Jul-83 | Rene R. Lundy & David L. Tyler | | Subliminal modulation of subjective emotions via remotely directed audio waves |
| US 4858612 A | | | MK | 24-Jul-05 | 22-Aug-89 | Kazumi Masaki Ken Hayashibara | | Remote neurological control via use of low frequency waves beamed at brain |
| US 6052336 A | microwave spectrum | | VZK | 19-Dec-83 | 30-May-89 | Philip L. Stocklin Philip L. | | Transmits sound to auditory cortex of mammals via remotely-applied microwave signals. |
| US 6011991 A | 4-16 Hz | | VZK | 6-Jun-88 | 31-Oct-89 | Wayne B. Brunkan Wayne B | | Transmits sound to auditory cortex via beamed of remotely applied microwaves. |
| US 5800481 A | 100-10,000 MHz | | VZK | 17-Jan-89 | 27-Nov-90 | James Gall | | Alters mood, emotion, sleep states via remotely applied frequencies and wave forms |
| US 5629678 B2 | 40-60 Hz, two signal | E | VZK | 28-Aug-90 | 27-Oct-92 | James Gall | | Alters mood, emotion, sleep states via remotely applied frequencies and wave forms |
| US 5123899 A | | E | VZK | 1-Mar-91 | 18-Oct-94 | A. Ana Interstate Industrial Method of and apparatus for inducing desired states of consciousness | | Alters mood, emotion, sleep states via remotely applied frequencies and wave forms |
| US 5507291 A | 4-212 Hz | | VZK | 13-Mar-02 | 16-Apr-63 | Fred A. P. Fischer | | Alters consciousness via remotely applied electromagnetic waves. |
| US 5556068 A | | E | VZK | 24-Apr-02 | 1-Jul-03 | James F. O'Lo US Air Force | | Apparatus for auditory communicating speech using the radio frequency hearing effect |
| US 5556068 A | | E | VZK | 16-Jul-68 | 18-Apr-00 | Austin Lowery Lowery, III, Austin | | Remotely cause individual to hear voices as EMF waves - imperceptible to anyone else. |
| US 6587729 B2 | 50 kHz | | | 24-Apr-02 | 1-Jul-03 | James F. O'Lo US Air Force | | Apparatus for auditory communicating speech using the radio frequency hearing effect |
| US 6052336 A | | E | | 7-Oct-88 | 4-Jun-00 | Austin Lowery Lowery, III, Austin | | Remotely cause individual to hear voices via EMF waves - imperceptible to anyone else. |
| US 6011991 A | | E | | 7-Oct-88 | 18-Apr-00 | Ana Martinus Technology Patent | | Identifies individuals via brainwave signature; monitors works, phrases, and thoughts by brain activity |
| US 8079993 B1 | IR, RF or sound | IR, MK | | 17-Jul-96 | 30-Mar-99 | Elwood G. Nov American Technols | | Makes voices emanate from individuals who do not intend or realize it. "Ventriloquist Effect." Also functions for voice-recognition. |
| US 2014009644 A1 | | Voice | | 14-Jun-14 | 16-Oct-14 | Daniel Wood Wonchai Ch | | Controls brain state by placing engineered EMF patterns into the AC wiring of a building. |
| US 6298994 P81 | | Voice | | 24-Jun-14 | 16-Oct-14 | William E. Katz | | Method for remotely applying stimuli (audio waves) from individuals who do not intend or realize it. "Ventriloquist Effect." |
| US 6506148 B2 | 1/2 -2.4 Hz | E | MK | 13-Oct-00 | 3-Dec-02 | Bruce F. Katz | | Universal Hedonics Monitor and control the brain state of an individual via pulsed magnetic fields aimed at brain |
| | | E | MK | 1-Jan-01 | 14-Jan-03 | Hendricus G. Loos | | Intra oral electronic tracking device that can be implanted into dentures, etc. |
| US 5568160 B2 | 1/2 -2.4 Hz | E | MK | 17-Jun-99 | 26-Dec-00 | Hendricus G. Loos | | Remotely manipulates central nervous system of subject, by applying electric field to skin |
| US 6167304 A | | | MK | | | Tzatya, John   Carol A. Tzatya | | |
| | | | | | | Honeycutt, John Cinks   John W. Sikes, Jr | | |
| | | | | | | Honeycutt, Carol A. | | |
| | | | | | | Karam, Edward M., Gerard D. | | |
| US 6135944 A | | | MK | 6-Nov-98 | 24-Oct-00 | Zabolotea Research | | Induces desired brain state via vibrational stimuli, preferably sound |
| US 6135944 A | | | MK | 13-Jul-99 | 15-Oct-00 | Daniel Wood Chai | | Induces a desired brain state via modification of music files. |
| US 6135944 A | 2Hz-20Hz | E | NM | 31-Jul-99 | 31-Oct-00 | Kazumi Masaki Ken Hayashibara | | Controls brain state via application of a variety of wave frequencies and forms |
| US 6081744 A | 1/2 -15 Hz | E | NM | 24-Dec-96 | 27-Jun-00 | Robert E. D'Arci Advanced Neuro | | Controls human brainwaves by superimposing hidden audio wave signals |
| US 5954630 A | 1/2Hz | M | MK | 25-Jan-00 | 24-Jan-00 | Hendricus G. Loos | | Controls the nervous system of a subject through music-like applied electric fields. |
| US 6017302 A | | M | MK | 17-Jun-95 | 25-Jan-00 | Andrew Edward Lerner | | Induces desired emotional state through remote EMFs. E.g. sleepiness, sexual arousal |
| US 6040060 A | | M | MK | 14-Sep-00 | 9-Dec-00 | Eduard Lerner Eduard Lerner | | Monitors subject to determine their brainwave condition via EMF remotely aimed at their skin. |
| US 5387298 A | | M | MK | 9-Feb-93 | 28-Feb-95 | William J. Fax Heartspeth; William | | Reads subject brainwaves and sends stimuli to subject to alter their brainwaves as desired |
| US 5330414 A | | M | MK | 11-Feb-92 | 10-Aug-95 | Yasutaki Pioneer Electronic | | Controls subject brainwaves by driving a modulated light signal into the subject's eyes. |
| US 5228438 A | | M | NM | 13-Apr-92 | 19-Jul-94 | James Gall   James Gall | | Alters subject brain state via application of a variety of wave frequencies and forms |
| US 7674224 B2 | | M | NM | 22-Feb-94 | 9-Mar-99 | James Gall | | Alters subject brain state by adding covert messaging into musical composition. |
| US 7607424 B2 | | M | MK | 14-Oct-05 | 9-Mar-10 | Adam Hewett Winyadad Holdings | | Controls brain state by adding covert frequencies onto a musical composition. |
| US 5551962 A | | M | MK | 24-Apr-90 | 23-May-95 | Robert A. Ana Interstate Industries | | Controls brain state via modulated audio signals aimed at target subject. |
| US 5170801 A | | M | MK | 25-Aug-90 | 22-Dec-92 | Ellon Taylor, Ellon Taylor, Woo | | Method for superimposing hidden subliminal messaging into audio/music files. |
| US 5123899 A | | M | MK | 24-Aug-90 | 23-Jun-92 | James Gall | | Changes the brain state of subjects through electroacoustic means |
| US 5128909 A | | M | MK | 12-Jul-89 | 7-Jul-92 | James Gall | | Controls brain state of a person by applying differing audio signals into each ear. |
| US 6954639 A | | PM | MK | 30-Jun-88 | 29-Sep-92 | Stoves M. St. George Tech Research | | Controls the brain state via application of a variety of wave frequencies and forms |
| WO 2015174807 60 GHz | | PM | MK | 15-Apr-15 | 25-Apr-90 | Steven M. Su, St. Georgia Tech Resea | | Remotely monitors heart rate and perspiration through the use of directed EMFs. |
| US 20100262441 1-100 GHz | | PM | PM | 15-Apr-15 | 19-Nov-15 | Mikos Senk, V. Reynek D.O.O. | | Monitors vital signs of subject via remote application of radar waves; hand-held. |
| | | | | 4-Sep-10 | 18-Dec-10 | Darrie D. Orfe Microwaveon, Inc. | | Measures tissue damage of subject via remote application of electromagnetic waves. |

## Helpful Patents for Targets

| Patent Number | | Designator | Date | Description / Application |
|---|---|---|---|---|
| US 2013/0011422 A1 | | FM | 28-Jun-12 | 3-Jan-13 Gary Owen Lei The Procter & Gam Remote monitoring of the physical condition of a living subject |
| US 7811154 B2 | | FM | 30-Aug-07 | 12-Oct-10 William E. McCalifornia Institute Remotely monitors of a subject's physiological health and status, esp., the heart. |
| US 4924744 A | | Voice | 9-Aug-88 | 15-May-90 Oneal Yemeni Hudson Soft Co., Lt Generates and propagates artificial sound and voice sounds that will be heard by a target. |
| US 4613061 A | | MK | 17-Oct-85 | 7-Oct-86 James R. Core Stimutech, Inc. Superimposes subliminal imaging onto a subject's existing television signal. |
| US 6396600 A | | MK | 26-Apr-80 | 26-Jul-83 Rene R. Luna(?) Rene R. T/M Controls mental state of subjects by adding imperceptible subliminal messaging to audio signals. |
| US 5443788 B2 | | MK | 14-Mar-14 | 6-Sep-16 Lana Thor P/Abcron Devices Ltd Apparatus for remote neural control of subjects via an implanted RF circuit. |
| US 5443788 B2 | | MK | 13-Jan-13 | 18-Nov-16 Melzin Remotely reads brain waves, sends back response to achieve neural brain state. |
| US 5786646 A | | MK | 1-Jul-99 | 4-Aug-99 Dr. Nat/tech (?) Puts voices in a target's head (audible) to remotely modulate neural participation in organizations, specific activities, etc. |
| US 7608577 B2 | | MK | 7-Jun-02 | 30-Mar-10 Lawrence Farr Lawrence Farr Reads brain waves to target individuals who exhibit high-power magnetic waves at a target for weapon purposes. |
| US 7608577 B2 | | MK | 1-Mar-16 | 29-Dec-16 Oval Steven Grand Steven Griddie Controls human behavior via targeting human brain with ELF (extremely Low Frequency) EMFs |
| US 7600001 B2 | | Disable | 6-Dec-06 | 27-Oct-09 James G. Snm Raytheon Compan Device that is able to direct high-power magnetic waves at a target for distance of up to several thousand miles |
| US 4700069 A | | Disable | 31-Jan-86 | 13-Oct-87 Frederick L. M Hughes Aircraft Co. Allows extremely precise aim of particle beams over distance of up to several thousand miles |
| US 7402694 B1 1 kHz | | Am | 15-Feb-06 | 29-Jul-08 Joseph C. Mei Lockheed Martin Ic Imaging device that improves the aim of directed energy weapons |
| US 2013/0147 A1 | E | Am | 19-Oct-11 | 1-Mar-13 Frederick F. P Albert Technynm Technique for wireless transmission of hypnotic waves for use w/ energy weapons |
| US 8067179 A | | Am | 17-Mar-01 | 4-Oct-11 Kenneth W. A Patrum Company Combines RF and microwaves to transmit electrical (inaudible) waves at face |
| US 2860627 A | M | MK | 26-Mar-53 | 18-Nov-58 Charles M Ha Charles M Ha Read subject brain waves by applying a light stimulation to brain and reading response. |
| US 5995653 A | | MK | 25-Sep-96 | 8-Aug-61 Lawrence Joe Lawrence Joseph L Causes subject to hear audible sounds by transmitting electrical (inaudible) waves at face |
| US 3566047 A | | MK | 27-Apr-67 | 23-Feb-71 Andrew E Flei Gen Dynamics Corp A system for producing aural psychological disturbances and partial deafness in the enemy. |
| US 2020000046 A1 | | MK | 31-Aug-99 | 3-Jan-02 Valery A. Per Valery A. Pertuchin A system for monitoring emotions by listening to a conversation between at least two persons. |
| US 8067179 B2 | | MK | 24-Feb-11 | 24-Feb-15 Valery A. Per Apertum Global S A system for detecting emotion in voice signals by monitoring phone conversations. |
| US 2020/02021 A1 | E | MK | 23-Feb-15 | 15-May-14 Todd Gerards Illuminate Psychologically Incapacitates subject via remote application of pulsed light. |
| US 6350790 B2 | | MK | 7-Dec-01 | 14-May-02 Valery A. Per Valery A. Per Reads emotions, personal property and homes to continually monitor and determine undesirable behavior in targeted individuals, Rem |
| US 6873261 B2 | | NM | 17-Jan-03 | 29-Mar-05 Eric Anthony, Jeroq Monitors and determines undesirable behavior in humans via wireless microprocessors in vehicles, personal property and homes |
| US 2020/0282817 A1 | | NM | 26-Oct-07 | 20-Nov-08 David S. Ilmee Intelligent Tech Int Remotely monitors & uploads presence / movement of human occupants in vehicles. |
| US 5633462 A  144 MHz | | Locate | 21-Jul-95 | 5-Aug-97 David S. Ilmee Automotive Techn Monitors occupant position in vehicles via ultrasonic/microwave sensor |
| US 8362884 B2 | | Battery | 16-Feb-11 | 29-Jan-13 Robert T. Dug Rolls-Royce North A Power system. Maintains directed energy weapons in ready state (providing power down) |
| US 2020/0139281 A1 | | Am | 29-May-09 | 3-May-12 James R. Galli Gallman James R Target-tracking system for use with hand-held directed energy weapons. |
| US 2020/0139344 A1 | | Am | 29-May-09 | 24-Nov-09 Scott N Scotty Sony Corporation Method of monitoring, analyzing voice, text, and biometrics |
| US 2020/02575555 A1 | | Locate | 10-Feb-09 | 13-Oct-09 Alex Chemer American Science X-ray inspection trailer that can sense the presence of humans within a structure. |
| US 8194822 B2 | | Locate | 28-Sep-10 | 5-Jun-12 Peter Rothell American Science X-ray inspection device that can sense the presence of humans within a structure. |
| US 5551879 A 1Hz-500Hz | | Locate | | Dream alteration |
| US 2020/0289 A1 | | Locate | | |
| US0054450A A 20k-20kHz | | VZX | 16-Jun-05 | helps to eliminate auditory hallucinations |
| US 5130414 A 4Hz-3kHz | | VZX | 13-Jul-05 | |
| US 5551514 A 10Hz-210MHz | E | NM | 27-May-05 | Affects tissues to depth of 0.5mm: blood vessels, nerves, glands |
| US 2013/0094 A1 5kGHz | | NM | 1-Jul-05 | |
| EP 2115063 A1 3.5kHz-30kHz | | VZX | | |

| Poll Designator | Freq Range | Application |
|---|---|---|
| ULF (Ultra-Low Frequencies) | 0 - 30 Hz | helps to eliminate auditory hallucinations |
| ELF (Extremely) Low Frequencies) (Voice Frequencies) | 30 - 300 Hz | uses electrical stimulation of a crystal and it's supposed to reduce stress |
| VF (Voice Frequencies) | 300 - 3000 Hz | Device for magnetic and electric field shielding |
| VLF (Very-Low Frequencies) | 3 kHz - 30 kHz | Protection of living systems from electromagnetic fields |
| LF (Low Frequencies) | 30 kHz - 300 kHz | Method of scanning, analyzing and identifying electromagnetic field sources |
| MF (Medium Frequencies) | 300 kHz - 3 MHz | |
| HF (High Frequencies) | 3 MHz - 30 MHz | |
| VHF (Very-High Frequencies) | 30 MHz - 300 MHz | |
| UHF (Ultra-High Frequencies) | 300 MHz - 3 GHz | |
| SHF (Super-High Frequencies) | 3 GHz - 30 GHz | |
| EHF (Extremely High Frequencies) | 30 GHz - 300 GHz | |

| | | |
|---|---|---|
| USP # 6,430,443 | | |
| USP 5562597 | august, 2002 | |
| US 7297100 B2 | 1-Oct-96 | |
| US 7297100 B2 | | |
| WO 199800133 A2 | | |
| US 2014029631 A1 | | |

Various Frequencies and their effects:

Lily wave:   usually in ELF or ULF range

http://thelostpatients.info/2015/11/03/the-lily-wave-and-psychotronic-warfare/flashash.VrytKcG13.dpbs
(pigs sucking on the grid)

Heart Attack Remote Weapon:
https://everydayconcerned.net/2015/08/13/holistic-doctors-sudden-cardiac-arrest-targeted-individuals-remote-radiation-heart-attack-weaponry-how-to-protect-yourself/

HAARP
ALFVEN Waves (ELF waves) come into the Earth's surface
Requires plasma in order to create the ELF waves. Ionosphere is plasma. Indigo skyfold is also plasma.

ELF waves are coming from atmosphere

SHARON WEINBERGER    SECURITY   MAY 9, 2008 8:26 AM

# Army Yanks 'Voice-To-Skull Devices' Site

**The Army's very strange webpage on "Voice-to-Skull" weapons has been removed. It was strange it was there, and it's even stranger it's gone. If you Google it, you'll see the entry for "Voice-to-Skull device," but, if you click on the website, the link is dead. The entry, still available on the Federation of American Scientists' [...]**



The Army's very strange webpage on "Voice-to-Skull" weapons has been removed. It was strange it was there, and it's even stranger it's gone. If you Google it, you'll see the entry for "Voice-to-Skull device," but, if you click on the website, the link is

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Bradley J. Corwin

**(b)** County of Residence of First Listed Plaintiff Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS**

Central Intelligence C.I.A Agency

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

---

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

---

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

360

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

---

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: V2K, non-lethal weapons torture

**VII. REQUESTED IN COMPLAINT:**

[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 455M

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE 11/7/2022   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other          ☐ Yes
            court, including state court? (Companion cases are matters in which      ☒ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :